IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VANESSA MODESTTI, et al.         *
                                 *
    Plaintiffs                   *
                                 *
                                 *
vs.                              *       CIVIL NO. 98-2112 (JP)
                                 *
                                 *
CHRYSLER CORP.,                  *
                                 *
    Defendant                    *
                                 *

## PRETRIAL ORDER

The Court met with the parties on December 17, 1999 for a Pretrial Conference. The Court adopts the Proposed Pretrial Order submitted by the parties, which is incorporated by reference, with the following exceptions: (1) Plaintiffs' witness Max Oliveras will not be permitted to testify given that leave of the Court to amend Plaintiffs' witness list was never requested until this late date, and Defendant has not had an opportunity to depose him; (2) Defendant's witness Hector Boria Cancio will not be permitted to testify because Defendant never provided Plaintiffs with his address so as to permit Plaintiffs to depose him; and (3) the Court will study Plaintiffs' Motion in Limine, filed today, wherein Plaintiffs seek to exclude the expert testimony of Defendant's seat belt expert, Ted R. Weiman. Further, the parties have agreed to meet with the





CIVIL NO. 98-2112 (JP)

Court for a Settlement Conference, to be held on **December 28, 1999** at **2:00 p.m.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of December, 1999.

                                            JAIME PIERAS, JR.
                                   U.S. SENIOR DISTRICT JUDGE