UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN -4 PM 4: 33

VANESSA MODESTTI, et al.,
  Plaintiffs
vs.

CIVIL NO. 98-2112 (JP)
98-2124 (SEC)

CHRYSLER CORP., INC.,
  Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 27, 1999, September 21, 1999; December 17, 1999; December 20, 1999; December 22, 1999; December 27, 1999 **Docket #** 47; 48; 50; 51; 53; 54 [X] **Plffs**  [X] **Defts** **Title:** Motion to Strike Plaintiff's Medical Experts in Consolidated Civil Case Number 98-2148; Motion Requesting Leave to File Opposition to Defendant's Motion to Strike Plaintiffs Medical Experts; Motion Submitting Documents; Motion to Amend Pretrial Order and to Request Additional Time to File Opposition to Plaintiffs' Motion in Limine; Motion to Amend Pretrial Order and to Exclude Defendant's Witness | As the parties have informed the Court that they have settled the instant case, these pending motions are rendered **MOOT**. |

Date: 1/3/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:            EOD:

By:                # 57

3