UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'00 JAN 21 AM 7: 53

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

VANESSA MODESTTI, et al.,
    Plaintiffs
vs.

CHRYSLER CORP., INC.,
    Defendant

CIVIL NO. 98-2112 (JP)
98-2124 (SEC)

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** January 5, 2000<br>**Docket # 58**<br><br>[X] Plffs   [] Defts<br><br>**Title:** Motion Submitting Investment Proposal of Funds Belonging to Minor Plaintiff Hector Mayoral Modestti | **GRANTED.** The settlement funds of minor Héctor Mayoral Modestti may be invested with Merrill Lynch as outlined in the motion. The Court, however, emphasizes that Héctor's legal guardian with patria potestas chose Merrill Lynch to act as the broker for his funds, and the Court makes no guarantees regarding the soundness of this investment.<br><br>In addition, it has come to the Court's attention that Plaintiffs failed to file an additional copy with their motion. The parties are advised that since senior judges are located in a different building than the Clerk's office, all original documents remain with the Clerk of the Court and the judges work with a duplicate file. Thus, in all cases assigned to senior judges, a copy of all motions and documents submitted <u>must</u> accompany all filings. The parties are admonished that failure to comply with the terms of this order may result in the imposition of sanctions including but not limited to the imposition of sanctions against counsel personally. |

Date: 1/20/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:            EOD:

By:               # 59