UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR -7 AM 7:48
CLERK'S OFFICE
DISTRICT COURT
S.D.N.Y. P.R.

VANESSA MODESTTI, et al.,
    Plaintiffs
vs.

CIVIL NO. 98-2112(JP)
98-2124(SEC)

CHRYSLER CORP., INC.,
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 22, 2000<br>**Docket #** 62<br><br>[X] Plffs   [] Defts   [X] Other<br><br>**Title:** Joint Motion | **NOTED.** The Court **NOTES** that Vivian Acosta Ruiz, Esq., the Procurador de menores, has approved the settlement in the instant case. |

Date: 3/3/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By:             # 63